IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 31 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01017-ZLW

VICTOR ALVAREZ, a/k/a MOHAMMAD,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on Plaintiff's motions filed on October 30, 2006, requesting that the Court appoint counsel to represent him and that the Court for religious reasons change his name Naser Alvarez Hernandez Parks. This case was dismissed on July 14, 2006. Filings will not be addressed after the dismissal of a case. Therefore, the motions are DENIED as moot.

Dated: October 31, 2006

Copies of this Minute Order were mailed on October 31, 2006, to the following:

Victor Alvarez
Reg. No. 34848-054
USP - MAX
P.O. Box 8500
Florence, CO 81226

Secretary/Deputy Clerk